FILED by KT D.C.
ELECTRONIC
June 2, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APRIL MOTTAHEDEH, ) <br> ) <br> Petitioners, ) <br> ) <br> -vs- ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> INTERNAL REVENUE SERVICE, ) <br> and, CHRISTINE THAI, Revenue ) <br> Agent, IRS, ) <br> ) <br> Respondents. ) <br> ) | 08-mc-60823-Seitz-O'Sullivan <br><br> Case No. |

## PETITION TO QUASH INTERNAL REVENUE SERVICE
## THIRD PARTY SUMMONS

COME NOW, April Mottahedeh Petitioner *pro se*, who petitions this court to quash an Internal Revenue Service (hereinafter "IRS"), third party administrative summons.

**Jurisdiction.**

1. This Court has jurisdiction pursuant to 26 U.S.C. § 7609(b)(2). Venue is also proper, because the custodian of records and records sought (the subject of this controversy) are within the district of the United States District Court for the Southern District of Florida.

## Parties.

2. The Petitioner in this action is April Mottahedeh (hereinafter, "Mrs. Mottahedeh"). Mrs. Mottahedeh's mailing address is 9582 Buttemere Road, Phelan, California 92371.

3. The Respondents in this action are the United States of America, the Internal Revenue Service, and Revenue Agent Christine Thai of the IRS. Revenue Agent Thai's mailing address is 501 W. Ocean Blvd., Room 6470, Long Beach, CA 90802.

4. The third party from whom records are sought, is Eastern Financial Florida Credit Union (hereinafter "Credit Union"), located at 3700 Lakeside Drive, Miramar, Florida 33027.

## Facts.

5. The issuing officer of the Summons in question is Christine Thai (hereinafter, "Agent Thai"), IRS Revenue Agent. The alleged Summons indicates an issuance date of May 12, 2008. The envelope the alleged Summons was mailed in, is postmarked May 12, 2008 and was served on Mrs. Mottahedeh on May 14, 2008.

6. The alleged Summons indicates, at the top of the first page, that the subject of this investigation is Mrs. Mottahedeh. However, it appears that the real subject of the investigation is Peymon Mottahedeh ("Mr. "Mottahedeh"),

*Page 2, Petition to Quash Third Party Summons*

      Mrs. Mottahedeh's husband.

7. Mr. Mottahedeh is politically active, has run for public office in the past, is critical of IRS' practices, policies and procedures and sometimes espouses views that are not popular with the IRS and the Federal Government, generally. Respondents are trying to suppress Mr. Mottahedeh's exercise of his 1st Amendment rights, and are abusing their Summons powers towards that effort, by issuing First and Third party Summonses to Mrs. Mottahedeh. It seems as if the Summons was issued for the purpose of investigating, curtailing and discouraging Mr. Mottahedeh's exercise of his First Amendment activities, which are critical to IRS' practices, policies and procedures. There are other instances where the same IRS investigators have abused their Summonsing powers and have used the Summons of Mrs. Mottahedeh as a means of harassing and intimidating Mr. Mottahedeh's above described First Amendment activities.

8. The IRS has labeled Mr. Mottahedeh with labels which are equivalent to the that of a "Tax Protester". Therefore, the IRS has failed to meet the "GOOD FAITH" requirement of the Powell standard.[1]

9. The items in the Summons that Agent Thai requests from the Credit Union include "missing bank statements for a/c#94036927 from 2/26/05 to

---

[1] UNITED STATES v. POWELL, 379 U.S. 48 (1964)

*Page 3, Petition to Quash Third Party Summons*

6/21/05." If the IRS is "missing" from the records these bank statements meaning that the IRS had at one time had possession of these bank statements, the IRS lacks the authority to summons these items yet again, for they should already be in its possession of the IRS. In this case the IRS has violated the Powell standard by seeking records that the IRS already has in it possession

10. If the documents referred to in preceding paragraph were summonsed on a previous occasion and some of the requested documents were not turned over to the IRS (therefore missing from previously disclosed material), then the IRS violated by the law by failing to give Mrs. Mottahedeh notice of the previous third party summons for said records, so Mrs. Mottahedeh could have availed herself of the opportunity to quash the summons, as was her right. In addition, the IRS failed to meet the "GOOD FAITH" requirement of the Powell Standard by not having served a copy of the previous Summons on Mrs. Mottahedeh.

11. The Summons also indicates that the Credit Union must turn over documents pertaining to parties other than Mrs. Mottahedeh, such as trusts. If any trusts or other third parties are the subject of Ms. Thai's investigation, then it is an abuse of process to obtain any such information under the pretense of an investigation of Mrs. Mottahedeh.

*Page 4, Petition to Quash Third Party Summons*

12. The alleged summons was not verified by a written declaration as per the requirements of 26 U.S.C. § 6065.

13. The alleged summons does not comply with 26 U.S.C. § 7603(a), in that it was not attested.

14. In addition to failing to meet the above mentioned requirements of the Internal Revenue Code, the Summons also fails to meet the requirements of 12 U.S.C. Ch. 35, § 3403 and §3405.

15. For the reasons set forth in paragraphs 1 through 15, the alleged summons issued by Revenue Agent Christine Thai should be quashed[2].

### Prayer for relief.

Petitioner respectfully requests that this Court quash the alleged third party administrative summons dated May 12, 2008, directed to the Credit Union, for the records pertaining April Mottahedeh, and the other records also sought by the IRS.

Respectfully submitted this 30th day of May, 2008.

*[signature]*

April Mottahedeh
9582 Buttemere Rd.
Phelan, CA 92371

---

[2] According to United States v. Powell, 379 U.S. 48, it is required that a summons should be quashed when it is clear that it was issued in bad faith or the IRS has possession of material they are requesting

*Page 5, Petition to Quash Third Party Summons*

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
APRIL MOTTAHEDEH

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff: BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
pro se
9582 Buttemere Rd.
Phelan, CA 92371

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08mc60823-Seitz-O'Sullivan

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☒ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 USC 7609
Brief description of cause:
Petition to quash IRS summons

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 05/30/2008
SIGNATURE OF ATTORNEY OF RECORD: A. Mottahedeh

**FOR OFFICE USE ONLY**
RECEIPT # 543264   AMOUNT 39.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

6 of 6