UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

APRIL MOTTAHEDEH,              )
                               )
          Petitioner,          )
                               )
     v.                        ) Civil Action No. 08-mc-60823
                               )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )

### DECLARATION

Christiane Thai declares:

1. I am a duly commissioned Revenue Agent employed in the Office of the Area Director in Los Angeles, California, SBSE Compliance, Internal Revenue Service, with a post of duty in Long Beach, California. As a revenue agent, I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602, Treas. Reg. Section 301.7602, and the Internal Revenue Service Delegation Order No. 4 (as revised).

2. In my capacity as a Revenue Agent, I am conducting an investigation into the individual tax liabilities of April Mottahedeh, who is also known as April L. Beatty and also known as April Wells, for the 2001, 2002, 2003, 2004, 2005 and 2006 taxable years.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on May 12, 2008, an Internal Revenue Service summons to Eastern



GOVERNMENT EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APRIL MOTTAHEDEH, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 08-mc-60823 ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

**DECLARATION**

Christiane Thai declares:

1. I am a duly commissioned Revenue Agent employed in the Office of the Area Director in Los Angeles, California, SBSE Compliance, Internal Revenue Service, with a post of duty in Long Beach, California. As a revenue agent, I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602, Treas. Reg. Section 301.7602, and the Internal Revenue Service Delegation Order No. 4 (as revised).

2. In my capacity as a Revenue Agent, I am conducting an investigation into the individual tax liabilities of April Mottahedeh, who is also known as April L. Beatty and also known as April Wells, for the 2001, 2002, 2003, 2004, 2005 and 2006 taxable years.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on May 12, 2008, an Internal Revenue Service summons to Eastern

Financial Florida Credit Union to produce for examination books, papers, records, or other data as described in said summons.

4. In accordance with section 7603 of Title 26, U.S.C., on May 12, 2008, I mailed an attested copy of the Internal Revenue Service summons described in paragraph 3 above to Eastern Financial Florida Credit Union by certified United States mail, as evidenced in the Service of Summons, Notice and Recordkeeper Certificates attached to the summons.

5. In accordance with section 7609 of Title 26, U.S.C., on May 12, 2008, I mailed a copy of the Internal Revenue Service summons described in paragraph 3 above to April Mottahedeh, by certified mail as evidenced in the Service of Summons, Notice and Recordkeeper Certificates attached to the summons.

6. The books, papers, records, or other data sought by the summons, including the records for April Mottahedeh's account #94036927-01 for the period February 26, 2005 through June 21, 2005 were not in possession of the Internal Revenue Service prior to the issuance of the summons.

7. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

8. It is necessary to obtain to examine the books, papers, records or other data sought by the summons in order to properly investigate the individual tax liabilities of April Mottahedeh, for the 2001, 2002, 2003, 2004, 2005 and 2006 taxable years.

9. A Justice Department referral, as defined by

7602(d)(2) of the Internal Revenue Code, is not in effect with respect to April Mottahedeh, for the periods under investigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

Executed this __3rd__ day of __September__, 2008.


_____
Christiane Thai
Revenue Agent