UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

APRIL MOTTAHEDEH,                    )
                                     )
              Petitioner,             )
                                     )
    v.                               ) Civil Action No. 08-mc-60823
                                     )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
              Respondent.             )

### DECLARATION

John R. Black declares:

1. I am a duly commissioned Revenue Officer employed in the Office of the Area Director in Oakland, California, SBSE Compliance, Internal Revenue Service, with a post of duty in San Diego, California.

2. The documents and records described in Exhibits C, F, G, H, I, J, K, L, M, N and O of Petitioner's Amended Petition to Quash Internal Revenue Third Party Summons and attached thereto were obtained by the I.R.S. in connection with an official matter relating to petitioner's husband.

I declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

Executed this 16th day of October, 2008.

*[signature]*
John R. Black
Revenue Officer

