# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60823-MC- SEITZ / O'SULLIVAN

APRIL MOTTAHEDEH,

      Petitioner,

vs.

UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE, and,
CHRISTINE THAI, Revenue Agent, IRS,
      Respondents.



_____/

## MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION TO QUASH INTERNAL REVENUE THIRD PARTY SUMMONS AND COMPLAINT

    COMES NOW April Mottahedeh, Petitioner *pro se* (hereafter, "April") and her husband Peymon Mottahedeh, Pro Se (hereafter, "Peymon") and requesting leave of the court per Federal Rule of Civil Procedure (hereafter, "FRCP"), Rule 15(a)(2) to allow April to file a second amended petition and complaint. Furthermore leave of the court is sought to allow Peymon to join this action as petitioner as well on the following grounds.

1.     FRCP, Rule 15(a)(2) provides: "*In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.*" Christine Thai, the IRS agent (hereafter, "Agent Thai") had issued a third party summons to Eastern Financial Credit Union on The Credit Union Summons indicates an issuance date of May

12, 2008. The Credit union Summons was served on April on May 14, 2008. The Hotel Summonses were issued on March 19, 2009 and served on March 22, 2009. The Crowne Plaza Hotel were revised by Agent Thai on April 6, 2009 and served on April 9, 2009. The revised Summonses of Crowne Plaza Hotel are identical to the original Crowne Plaza Hotel Summonses with the exception of the name of IHG Management (Maryland) LLC being added. Apparently IHG management is the actual owner of the Crowne Plaza Hotel.

2. Agent Thai is the IRS agent that has issued all of the aformentined Summonses to April and Peymon. While the Credit Union Summons case was ongoing, Agent Thai to chose to initiate the Hotel Summonses as well.The Hotel summonses are all addressed to the same third parties, abut April and Peymon. IRS had issued a collections summons to the Credit Union abut April's account about Peymon and in May of 2008 issued an examination summons to the Credit Union about the same account of April.

3. Clearly these summons are very closely related. They are about the same people, issued to the same third parties about the same targeted individuals, issued by the same IRS agent. The petition to quash of these summonses should be heard and ruled together. To have multiple court cases created will only add to the expenses of all parties and be a waste of judicial resources.

4. Not only April should be able to amend her Petition and complaint, but Peymon should also be permitted to be added to the Petition and complaint. Wherefore justice requires the court grant leave and allow the Second Amended Petition to Quash Internal Revenue Summons and Complaint to be filed with the Court. Respectfully submitted this 11 day of April, 2009.

April Mottahedeh
9582 Buttemere Road
Phelan, CA 92371
(760) 868-5834

Peymon Mottahedeh
9582 Buttemere Road
Phelan, CA 92371
(760) 868-5834