UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60823-MC-SEITZ/O'SULLIVAN

APRIL MOTTAHEDEH,

     Petitioner,

v.

UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE, and
CHRISTINE THAI, Revenue Agent, IRS,

     Respondents.

_____/

## ORDER (1) DENYING MOTION FOR RELIEF FROM JUDGMENT [DE 30]; (2) DENYING MOTION FOR RELIEF FROM JUDGMENT [DE 30]

THIS MATTER is before the Court on *Pro Se* Petitioner April Mottahedeh's ("Petitioner") "Motion for Relief from the Court's Judgment FRCivP, Rule 60(b) [*sic*]" [DE 38] and similarly titled "Motion for Relief from the Court's Judgment FRCivP, Rule 62(b) [*sic*]"[1] [DE 39] in which she requests the Court vacate and stay the Court's Orders Affirming and Adopting Magistrate Judge O'Sullivan's Report and Recommendation [DE 36] and Denying Motion for Leave to File a Second Amended Complaint and Motion to Change Venue [DE 37]. In support of her motions, Petitioner asserts that the Court made an erroneous conclusion of law by not granting Petitioner leave to file a second amended complaint and the Court made an erroneous finding of fact when it found that the IRS issued the challenged summons for a legitimate purpose.

The reasons advanced by Petitioner in support of her motion do not justify relief from the Court's Order. Relief under Rule 60(b) is available only when one of the following reasons pertain:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

The grounds Petitioner asserts do not fall within any of the five bases enumerated by Rule 60(b). Nor does Petitioner advance "any other reason that justifies relief." In effect, Petitioner's motion is an appeal of the

_____

[1]The citation format is Petitioner's.

Court's Order.  A Rule 60(b) motion may not be used as a substitute for appeal. *Seven Elves, Inc. v. Eskenazi,* 635 F.2d 396 (5th Cir. 1981).  If Petitioner wants to appeal this Court's Order, she must file her appeal with the Eleventh Circuit Court of Appeals.  Accordingly, it is

ORDERED that

(1) Petitioner' "Motion for Relief from the Court's Judgment FRCivP, Rule 60(b) [*sic*]" [DE 38] is DENIED.

(2) Petitioner's "Motion for Relief from the Court's Judgment FRCivP, Rule 62(b) [*sic*]" [DE 39] is DENIED.

(3) This case remains CLOSED.

DONE and ORDERED in Miami, Florida, this 18ᵗʰ day of May, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge O'Sullivan
Counsel of Record/*Pro Se* Party